UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

      Plaintiff,                                      Case No. 17-cv-12903
                                                        Hon. Matthew F. Leitman

v.

ZEHNDERS OF FRAKENMUTH, INC.,

      Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs or attorney fees. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of Release and Settlement Agreement.

                                                       Respectfully submitted,

*/s/ Owen B. Dunn, Jr. (with consent)*       */s/ Kevin A. Fanning*
Owen B. Dunn Jr. (P66315)                  Kevin A. Fanning (P57125)
Law Offices of Owen Dunn, Jr.             Clark Hill PLC
The Ottawa Hills Shopping Center        151 S. Old Woodward, Suite 200
4334 W. Central Ave., Suite 222          Birmingham, MI 48009
Toledo, OH 43615                               (248) 988-5875
(419) 241-9661                                  kfanning@clarkhill.com
dunnlawoffice@sbcglobal.net                *Counsel for Defendant*
*Counsel for Plaintiff*

and

Valerie J. Fatica
4334 W. Central Ave., Suite 222
Toledo, OH  43615
(419) 654-1622
valeriefatica@gmail.com
Admitted to the Eastern District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

       Plaintiff,                       Case No. 17-cv-12903
                                            Hon. Matthew F. Leitman

v.

ZEHNDERS OF FRAKENMUTH, INC.,

       Defendants.

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the above Stipulation,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs or attorney fees.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2018